IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIE ROLLERSON,

    Plaintiff,

vs.                                                     Case No. 2:20-cv-01318-KG-KRS

WELLS FARGO BANK, N.A. and
WELLS FARGO & COMPANY

    Defendants.

## STIPULATED ORDER GRANTING
## STIPULATED MOTION TO DISMISS

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Dismiss Wells Fargo & Company without Prejudice, and the Court having read the pleadings and being fully advised in the premises, FINDS the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Parties' Stipulated Motion to Dismiss Wells Fargo & Company without Prejudice is hereby granted and the causes of action in Plaintiff's Complaint against the Defendant Wells Fargo & Company are hereby dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

By    */s/ David B. Joeckel, Jr.*
      David B. Joeckel, Jr.
      The Joeckel Law Office
      500 Marquette Ave, Suite 1200
      Albuquerque, NM 87102
      (505) 503-4800

      219 South Main Street, Suite 301
      Fort Worth, TX 76104
      (817) 924-8600
      (817) 924-8603 (fax)
      dbj@joecklellaw.com
      *Attorney for Plaintiff*


By    *Approved Electronically*
      R. Shawn Oller
      Melissa Shingles
      Littler Mendelson, P.C.
      2425 East Camelback Road, Suite 900
      Phoenix, AZ 85016
      502.474.3600
      soller@littler.com
      mshingles@littler.com
      *Attorneys for Defendant*