IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIE ROLLERSON,

    Plaintiff,

vs

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 2:20-cv-01318 KG-KRS

## ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES

The Court having considered the parties' Joint Motion to Extend Pretrial Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the following pretrial deadlines are hereby extended:

|  | Current Deadline | New Deadline |
|---|---|---|
| Termination Date for Discovery | October 8, 2021 | December 17, 2021 |
| Discovery Motions Due | October 22, 2021 | January 7, 2021 |
| Pretrial Motions Due | November 8, 2021 | January 28, 2022 |
| Pretrial Order to Defendant | December 8, 2021 | February 28, 2022 |
| Pretrial Order to the Court | December 22, 2021 | March 14, 2022 |

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE