IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIE ROLLERSON,

        Plaintiff,

vs.

WELLS FARGO, N.A.,

        Defendant.

No: 2:20-cv-01318-KG-KRS

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in Defendant's Unopposed Motion for Extension of Time to File Motion for Summary Judgment, and for good cause,

IT IS ORDERED, the Motion is GRANTED and Defendant Wells Fargo Bank, NA, may have to and through February 11, 2022, to file its Motion for Summary Judgment.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE